## The Pottsville Water Co., Appellant, *v.* The Public Service Commission et al. (No. 2).

Argued October 3, 1921. Appeal, No. 218, Oct. T., 1921, by The Pottsville Water Company, from order of Public Service Commission, Complaint Docket, No. 4257 of 1921, sustaining complaint in the case of Mineral Lodge No. 285, Independent Order of Odd Fellows v. The Pottsville Water Company. Before ORLADY, P. J., PORTER, HENDERSON, HEAD, TREXLER, KELLER and LINN, JJ. Affirmed.

OPINION BY KELLER, J., December 15, 1921:

The complainant in this proceeding was Mineral Lodge No. 285, Independent Order of Odd Fellows. Otherwise, the facts are precisely the same as in the case of Pottsville Water Company, Appellant, v. Public Service Commission, No. 217, October Term, 1921. The same order is accordingly entered.

The order of the Public Service Commission is affirmed and the appeal is dismissed at the cost of the appellant.